# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:20cr296

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER LESTER SIGMON** | ) | |

This matter is before the Court on its own Motion to administratively close the case as to **CHRISTOPHER LESTER SIGMON**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: August 24, 2021

Max O. Cogburn Jr
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants.